45D01-2003-CT-000246     Filed: 3/3/2020 10:42 AM
Clerk
Lake Superior Court, Civil Division 1     Lake County, Indiana

USDC IN/ND case 2:20-cv-00124-PPS-JEM document 5 filed 03/03/20 page 1 of 6

STATE OF INDIANA )    IN THE LAKE COUNTY SUPERIOR COURT
                     )SS:
COUNTY OF LAKE )    CAUSE NO.

DENNIS SZANY,                    )
    Plaintiff,                       )
                               )
    v.                                 )
                               )
UNITED STATES STEEL CORP.    )
    Defendant.                   )

## VERIFIED COMPLAINT PURSUANT TO QUANTUM MERUIT

**COMES NOW**, Plaintiff DENNIS SZANY, by counsel, Christopher Cooper, and moves the Court pursuant to Quantum Meruit theory.

### JURISDICTION

1. Jurisdiction of this court arises under a theory of quantum meruit as doctrinally dictated by Indiana law, Stare Decisis, and or in, by example, *Clark v. Peoples Sav. & Loan Ass'n*, 221 Ind. 168, 171, 46 N.E.2d 681, 682 (1943). Additionally, Ind. Code § 34-11-2-7 is applicable as to timeliness. The Lake Superior Court has jurisdiction of Defendant U.S. Steel, a Pennsylvania Corporation by way of Indiana's Long Arm Statute. (See Indiana Trial Rule 4.4).

2. Venue is proper in Lake County, Indiana because all parties conduct business in this County; and, that all acts giving rise to Plaintiff's claims occurred in this County.

## PARTIES

3. Plaintiff is an and adult and natural person residing in Lake County Indiana. He is employed by Defendant United States (U.S.) Steel. Plaintiff was harmed in Lake County, Indiana.

4. Defendant United States Steel Corporation is a corporation doing [continuous] business in Lake County, Indiana at 1 Broadway, Gary, IN 46402 at all times that it harmed Plaintiff. It is the employer of Plaintiff at such location. Defendant's principal place of business is 600 Grant St, Pittsburgh, PA 15219. Defendant harmed Plaintiff in Lake County, Indiana, during all relevant times of this action.

## FACTS

1. Plaintiff is employed by U.S. Steel.
2. He has been in the employ of U.S. Steel for approximately 41 (forty-one) years.
3. Plaintiff is assigned to the Gary, Indiana U.S. Steel branch.
4. Plaintiff is owed pension benefits for services he provided to Defendant as an employee of Defendant.
5. In February 2020, Defendant informed Plaintiff Szany that it will provide benefits, ONLY, for a significantly shorter service period, rather than the 41 years owed.

## COUNT I: QUANTUM MERUIT

1. Plaintiff repeats, re-alleges and incorporates by reference, the allegations in aforementioned paragraphs (including the "Facts" section) with the same force and effect as if herein set forth.

2. There was and has been a measurable benefit conferred upon the Defendant when and where Plaintiff, as an employee of Defendant, performed duties for Defendant for the past approximately 41 years but that Defendant asserts it will pay pension monies to Plaintiff for substantially less years.

3. Benefit has been received by Defendant U.S. Steel.

4. Defendant has utilized and is wrongfully utilizing the benefit and value by not paying (monetarily) for the benefit.

5. Defendant has been unjustly enriched at the expense of Plaintiff.

6. Defendant's conduct is willful and wanton.

7. Defendant's conduct was and is the proximate cause of Plaintiff's harm.

8. Plaintiff suffered harm and continues to suffer harm. Such harm includes monetary loss by way of non-payment by Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Court find that the that quantum meruit applies and for that reason to order Defendant to monetarily compensate Plaintiff at the pension rate he is owed and promised (in excess of approximately $65,000 USD, annually, for his remaining lifetime with payments [as designated] to his beneficiary where applicable). Additionally, that where permissible, that the Court award Plaintiff other compensatory damages; punitive damages; for costs; and for attorney fees.

*PLAINTIFF HEREBY MAKES A JURY DEMAND
Respectfully,
/S/Christopher Cooper, ESQ., Counsel for Plaintiff
Indiana Bar 21232-45
Law Office of Christopher Cooper, Inc.
105 W. Madison Street, Suite 1350, Chicago, IL 60602 **[or]**

426 N. Broad St., Griffith, Indiana 46319
Tel: 312 473 2968 [or] 219 228 4396 | cooperlaw3234@gmail.com

**CERTIFICATE OF SERVICE:** The undersigned hereby certifies that he caused the foregoing to be filed with the Clerk of the Lake County Superior Court on March 3, 2020. /S/CHRISTOPHER COOPER

VERIFICATION AND AFFIRMATION

Under penalty of law as provided by law pursuant to 28 USC 1746, I affirm that all statements set forth in this instrument are true and correct to the best of my knowledge.
s\DENNIS SZANY, MARCH 2, 2020

# SUMMONS

| | |
|---|---|
| JOSE CORDOVA,<br>    Plaintiff, ) | |
| v. ) | IN THE LAKE COUNTY<br>SUPERIOR COURT |
| )<br>JOSE L. RIVERA, JR. (Indiv. Cap), )<br>HECTOR ROSARIO, (Indiv. Cap), )<br>CITY OF EAST CHICAGO, )<br>Defendants. | 45D01-2003-CT-000246<br><br>Cause<br>No. _____ |

TO DEFENDANT: (Name)  UNITED STATES STEEL CORPORATION
                                    BROADWAY, GARY, INDIANA

(Address

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222).

Dated _____3/4/2020_____   _Lorenzo Arredondo_   (Seal)

(The following manner of service of summons is hereby designated.)

[ ] Registered or certified mail.

[ ] Service at place of employment, to-wit _____

[ ] Service on individual   (Personal or copy) at above address.

[ ] Service on agent. (Specify) _____

[ ] Other service. (Specify) _____

s\Christopher Cooper, ESQ., Counsel for Plaintiff
Law Office of Christopher Cooper, Inc.
105 W. Madison Street, Suite 1350, Chicago, IL 60602 **[or]**
426 N. Broad St., Griffith, Indiana 46319
Tel: 312 473 2968 [or] 219 228 4396 |
cooperlaw3234@gmail.com

LAKE COUNTY SUPERIOR COURT
~~2293 Main Street~~
~~Crown Point, IN 46307~~
2~~19-755-3000~~
232 RUSSELL STREET
HAMMOND IN 46320   (219) 933-2856

STATE OF INDIANA )     IN THE SUPERIOR COURT
                     )SS:     CIVIL DIVISION 6
COUNTY OF LAKE   )    CAUSE NO. 45D01-2003-CT-000246
                                        2293 Main St., Crown Point, IN 46307

**DENNIS SZANY,**
**Plaintiff**

**V.**

**UNITED STATES STEEL CORP.,**
**Defendant**

## SUMMONS

To:    United States Steel Corp,
       1 North Broadway
       Gary, Indiana

       You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

       The name of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

       An answer or other appropriate response in writing to the Complaint must be filed by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

       If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

       If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (317) 269-2222.

**The Following Manner of Service is Hereby designated:**

___     Registered or Certified Mail.

___     Service at place of employment, to-wit: _____

___     Service on Individual (personal or copy) at the above address.

XXX    Service on Agent: (Specify) _____

___     Other service: (Specify) _____

s\ Christopher Cooper, ESQ
Counsel for the Plaintiff
Law Office of Christopher Cooper, Inc. 426 N Broad Street, Griffith, Indiana 46319
Tel. (312) 473-2968 (or) (219) 228-4396
Email: cooperlaw3234@gmail.com