**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| DENNIS SZANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 2:20-CV-00124-PPS-JEM |
| ) | |
| UNITED STATES STEEL ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR DISMISSAL
<u>WITH PREJUDICE</u>**

Plaintiff Dennis Szany and Defendant United States Steel Corporation, by counsel, advise the Court that this matter has been resolved and that the parties jointly stipulate to the dismissal with prejudice of all claims by Dennis Szany, pursuant to Fed.R.Civ.Pro. 41(a)(1)(b), with each party to bear his/its own attorneys' fees and costs.

Respectfully submitted,

/s/Christopher Cooper
Christopher Cooper (#21232-45)
Law Office of Christopher Cooper, Inc.
426 N. Broad Street
Griffith, Indiana 46319
Attorney for Plaintiff, Dennis Szany

/s/Terence M. Austgen
Terence M. Austgen (#2484-49)
Elizabeth M. Bezak (#16648-64)
Alfredo Estrada (#32580-45)
Burke Costanza & Carberry LLP
9191 Broadway
Merrillville, IN 46410
Attorneys for Defendant,
United States Steel Corporation

## CERTIFICATE OF SERVICE

      I certify that on May 20, 2020, service of a true and complete copy of the foregoing **Stipulation for Dismissal with Prejudice** was made upon the following counsel of record through the Court's electronic filing system and/or via United States mail, postage pre-paid:

      Christopher Cooper
      Law Office of Christopher Cooper, Inc.
      426 N. Broad St.
      Griffith, Indiana 46319
      Attorney for Plaintiff

      BURKE COSTANZA & CARBERRY LLP

      By: /s/Terence M. Austgen